UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LISA HILL | CIVIL ACTION NO. 22-cv-1297 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DOLLAR MANIA STORE ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 6], and having thoroughly reviewed the record, including the written objection filed [Record Document 7], and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS HEREBY ORDERED** that Plaintiff's complaint [Record Document 1] is **DISMISSED WITH PREJUDICE** because all claims asserted in it are untimely or fail to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of September, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE